ACCEPTED
03-15-00071-CV
4219044
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:23:41 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00071-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:23:41 PM
JEFFREY D. KYLE
Clerk

_____

BECKY, LTD.,
*Appellant*

v.

MILESTONE COMMUNITY BUILDERS, LLC, THE CITY OF CEDAR PARK,
STEPHEN THOMAS, MATT POWELL, MITCH FULLER, LYLE GRIMES,
LOWELL MOORE, JON LUX, AND DON TRACY,
*Appellees*

_____

ON APPEAL FROM THE
126TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S UNOPPOSED
MOTION TO ABATE APPEAL
FOR ENTRY OF FINAL JUDGMENT**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now Appellant, Becky, Ltd, and files this Motion to Abate Appeal for Entry of Final Judgment and would respectfully show the Court as follows:

On December 23, 2014, the trial court signed an order granting certain of the Appellees' pleas to the jurisdiction. Incorrectly believing that this order disposed

of all parties and all claims, and was thus a final judgment, Becky instituted this regular appeal on January 30, 2015. It has now come to Appellant's attention that the appealed order is not yet final since it did not dispose of all claims and all parties.

The remaining Defendant has asked the trial court to enter an order granting its motion to dismiss as well, and Appellant anticipates that this order will be entered shortly.

Pursuant to Texas Rule of Appellate Procedure 27.2, Appellant asks that this Court allow the appealed order that is not yet final to be modified so as to be made final, and give effect to this appeal as if it had been pursued after the final order is signed and entered. Appellant asks that this Court abate this appeal until the final order is signed. Appellant will promptly notify this Court when this occurs.

Appellant did not intend to and did not pursue an interlocutory appeal as to the December 23 order, and does not waive its right to challenge that order after it becomes final. In the event this Court denies this motion, Appellant will voluntarily dismiss its premature appeal and pursue a new appeal after entry of a final judgment.

Wherefore, Appellant requests that this Court abate this appeal pending entry of final judgment by the trial court, or alternatively, allow Appellant to

2

voluntarily dismiss this premature appeal and pursue a new appeal after entry of a final judgment.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    Leonard B. Smith
    State Bar No. 18643100
    lsmith@leonardsmithlaw.com
    P.O. Box 684633
    Austin, Texas 78768
    (512) 914-3732 (Telephone)
    (512) 532-6446 (Facsimile)

    ATTORNEYS FOR APPELLANT

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that she has consulted via email with counsel for Appellees, and they have indicated that Appellees do not oppose this motion.

*/s/ Elizabeth G. Bloch*
ELIZABETH G. BLOCH

AUS-6067305-1 521106/1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on the 19th day of February, 2015, via the Court's electronic filing system and/or email to the following counsel of record:

Cobby Caputo
ccaputo@bickerstaff.com
Bradley B. Young
byoung@bickerstaff.com
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

Mark Hawkins
mhawkins@abaustin.com
Armbrust & Brown, PLLC
100 Congress, Suite 1300
Austin, Texas 78701

*/s/ Elizabeth G. Bloch*

AUS-6067305-1 521106/1